## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| | * | |
| **UNITED STATES OF AMERICA** | | |
| | * | **Case No.   1:14-cr-00613-GLR** |
| v. | | |
| | * | |
| **TAKASHI YAMAGUCHI,** | | |
| | ****** | |

### ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, Takashi Yamaguchi.  I

certify that:  [check and complete one that applies]

☐   I am admitted to practice in this Court, and my bar number is _____.

☒   I am a member in good standing of the bars of the highest state courts of <u>Pennsylvania,</u>

<u>New Jersey and the District of Columbia</u>.

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence,

the Federal Rules of Appellate Procedure and the Local Rules of this Court.

| | |
|---|---|
| 12/31/2014 | _Signature of Counsel_ |
| Date | Signature of Counsel |
| | |
| BUCHANAN INGERSOLL & | James M. Becker |
| ROONEY PC | Print Name |
| Two Liberty Place | |
| 50 S. 16th St., | |
| Suite 3200 | 215-665-5366 |
| Firm Address | Phone No. |
| | |
| Phila., PA  19102 | James.becker@bipc.com |
| City/State/Zip | Email Address |

<u>Please select your designation:</u>

☐ CJA            ☒ Retained            ☐ Public Defender            ☐ Pro Bono

** **NOTE:**   Appearance of counsel may be withdrawn only with leave of Court.  *See* Local Rule 201.3.
Such leave is liberally granted if sought within 14 days of the defendant's initial appearance
in this Court.

---

**If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov.**
**Otherwise, please enter your own appearance in this case in CM/ECF using the event Notice of Appearance.**

Entry of Appearance – Criminal (Rev. 07/2013)